UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GAMEL TRAYLOR,<br><br>    Petitioner,<br><br>v.<br><br>DERRICK OLLISON, Warden,<br><br>    Respondent. | No. CV 06-7947-AG (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: Dec 2, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE